IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **CHARLES NILGES**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**LIGHTFIRE PARTNERS LLC**, a Missouri company,<br><br>*Defendant*, | Case No. 4:21-cv-00575-JMB |

## NOTICE OF SETTLEMENT

Plaintiff Charles Nilges hereby notifies the Court that the parties have reached an agreement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, Plaintiff respectfully requests that all current deadlines be suspended pending the filing of the Notice of Dismissal.

Date: August 3, 2021

Respectfully submitted,

By: */s/ Mark Dean*
Mark Dean
Law Offices of Mark Dean, LLC
12747 Olive Blvd, Ste 300
St. Louis, MO 63141
Telephone: (314) 675-0000
Fax: (314) 272-6378
Mark@markdeanlaw.com

Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street

Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the Putative Classes*