# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **CHARLES NILGES,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**LIGHTFIRE PARTNERS LLC**, a Missouri company,<br><br>*Defendant,* | Case No. 4:21-cv-00575-JMB |

## STIPULATION OF DISMISSAL

Plaintiff Charles Nilges and Defendant Lightfire Partners LLC hereby stipulate to the dismissal of this action with prejudice as to the Plaintiff's individual claim and with prejudice as to Defendant's counterclaim, with each party to bear its own attorneys' fees and costs. None of the rights of any putative class members, other than the plaintiff, has been released or are otherwise affected by this dismissal.

Date: September 9, 2021

Respectfully submitted,

By: */s/ Mark Dean*
Mark Dean
Law Offices of Mark Dean, LLC
12747 Olive Blvd, Ste 300
St. Louis, MO 63141
Telephone: (314) 675-0000
Fax: (314) 272-6378
Mark@markdeanlaw.com
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the Putative Classes*

*/s/ William E. Raney*
COPILEVITZ, LAM & RANEY, P.C.
William E. Raney, MO #46954
Kellie Mitchell Bubeck, MO #65573
310 W. 20th Street, Suite 300
Kansas City, Missouri 64108
Telephone: (816) 472-9000
Facsimile: (816) 472-5000
Email: braney@clrkc.com
kbubeck@clrkc.com

*Attorneys for LightFire Partners LLC*
