UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES NILGES individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff/Counter Defendant, | ) ) |
| vs. | ) ) |
| LIGHTFIRE PARTNERS, LLC, | ) ) |
| Defendant/Counter Plaintiff. | ) |

Case No. 4:21 CV 575 JMB

## ORDER

Pursuant to the Stipulation of Dismissal With Prejudice (ECF No. 18) filed by Plaintiff Charles Nilges and Defendant Lightfire Partners, LLC on September 9, 2021, the instant cause of action is dismissed with prejudice as to Plaintiff Charles Nilges' individual claim and Defendant Lightfire Partners, LLC's counterclaim. Each party shall bear their own attorneys' fees and costs. None of the rights of any putative class members, other than Plaintiff Charles Nilges, has been released or are otherwise affected by this dismissal.

Dated this 9th day of September, 2021.

/s/John M. Bodenhausen
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE